United States District Court
Southern District of Texas
**ENTERED**
October 18, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNIFER SMALL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-cv-03466** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME**

On this day, the Court considered Liberty Life Assurance Company of Boston's Unopposed Motion for Extension of Time to answer or otherwise plead to Plaintiff's First Amended Complaint. Having considered the Motion, and after review of Plaintiff's First Amended Complaint, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED** and Defendant, Liberty Life Assurance Company of Boston, has until and including November 15, 2019, to respond to Plaintiff's Complaint in the above-styled action. It is, therefore,

**ORDERED** that Liberty Life Assurance Company of Boston's Unopposed Motion for Extension of Time is hereby **GRANTED.**

**SIGNED** this 17 day of October, 2019.

UNITED STATES DISTRICT JUDGE