**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jennifer Small | § | |
| | § | |
| *versus* | § | Case Number: 4:19−cv−03466 |
| | § | |
| Liberty Life Assurance Company of Boston, et al. | § | |

# Notice of Reassignment

Pursuant to Special Order No. 2019−4, this case is reassigned to the docket of United States District Judge Charles Eskridge. Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: October 23, 2019

David J. Bradley, Clerk