**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNIFER SMALL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-cv-03466** |
| | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| | § | |
| **Defendant.** | § | |

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), by and through its undersigned counsel of record and reserving all affirmative defenses, files this Unopposed Motion for Extension of Time to answer or otherwise plead and in support thereof would show unto the Court as follows:

1. On September 13, 2019, Plaintiff, Jennifer Small ("Plaintiff"), filed a Complaint in the above-referenced action. Prior to Defendant's deadline to respond to the Original Complaint, Plaintiff filed her First Amended Complaint on October 1, 2019.

2. Pursuant to the Order entered on October 17, 2019, Liberty Life must answer or otherwise respond to the Amended Complaint by November 15, 2019.

3. Liberty Life has not yet been served with the Amended Complaint.

4. To allow Plaintiff and Liberty Life sufficient time to resolve certain procedural issues relating to the appropriate parties in the action, Liberty Life respectfully requests an additional extension until November 29, 2019, to file a responsive pleading to the Amended Complaint. Plaintiff's counsel has no objection to said extension.

WHEREFORE, PREMISES CONSIDERED, Defendant, Liberty Life Assurance Company of Boston, respectfully requests this Honorable Court to grant this Unopposed Motion for Extension of Time and allow Defendant, Liberty Life Assurance Company of Boston, to file a responsive pleading to Plaintiff's First Amended Complaint by no later than November 29, 2019.

Dated this 13th day of November 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Plaintiff's attorney of record, Madison Tate Donaldson, regarding the relief requested in this Motion. Plaintiff's counsel has indicated that Plaintiff is unopposed.

/s/ Iwana Rademaekers
Iwana Rademaekers, Esq.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

November 13, 2019
Date

/s/ Iwana Rademaekers
Iwana Rademaekers