United States District Court
Southern District of Texas
**ENTERED**
November 20, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER SMALL, Plaintiff, | § | CIVIL ACTION NO. 4:19-cv-03466 |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| LIBERTY LIFE ASSURANCE CO. OF BOSTON, Defendant. | § | |

**ORDER**

By order of October 23, 2019, this case was assigned to this Court. Dkt. 11.

Pending before the Court is Defendant's Unopposed Motion for an Extension of Time to Answer. Dkt. 12. This is the Defendant's second extension request. Dkt. 10. Plaintiff has not yet served Defendant.

The Motion is granted.

The Court ORDERS Defendant to respond to Plaintiff's Complaint on or before November 29, 2019.

It is so ORDERED.

Signed on this 19th day of November, 2019at Houston, Texas.

Hon. Charles Eskridge
United States District Judge