**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNIFER SMALL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-cv-03466** |
| | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON and** | § | |
| **DANIEL J. EDELMAN HOLDINGS** | § | |
| **INC. GROUP DISABILITY PLAN,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME

On this day, the Court considered Liberty Life Assurance Company of Boston's Unopposed Motion for Extension of Time to answer or otherwise plead to Plaintiff's First Amended Complaint. Having considered the Motion, and after review of Plaintiff's First Amended Complaint, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED** and Defendant, Liberty Life Assurance Company of Boston, has until and including December 30, 2019, to respond to Plaintiff's Complaint in the above-styled action. It is, therefore,

**ORDERED** that Liberty Life Assurance Company of Boston's Unopposed Motion for Extension of Time is hereby **GRANTED**.

**SIGNED** this ______ day of ___________________, 2019.

____________________________________
UNITED STATES DISTRICT JUDGE