United States District Court
Southern District of Texas
**ENTERED**
December 03, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER SMALL, Plaintiff, | § | CIVIL ACTION NO. 4:19-cv-03466 |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al Defendants. | § | |

## ORDER

Before the Court is Defendant's unopposed motion for extension of time. Dkt 14. The Court GRANTS the motion.

It is ORDERED that Defendant Liberty Life Assurance Company of Boston shall file an answer to Plaintiff's first amended complaint by December 30, 2019.

SO ORDERED.

Signed on December 03, 2019, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge