**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNIFER SMALL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:19-cv-03466** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and DANIEL J. EDELMAN HOLDINGS INC. GROUP DISABILITY PLAN,** | § § § § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST LIBERTY LIFE IN THE FIRST AMENDED COMPLAINT**

On this day, the Court considered the Motion to Dismiss Plaintiff's Claims Against Liberty Life in the First Amended Complaint filed by Defendant Liberty Life Assurance Company of Boston pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's First Amended Complaint, Plaintiff's Response to Defendant's Motion, and the applicable law, the Court is of the opinion that Liberty Life Assurance Company of Boston's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Liberty Life Assurance Company of Boston's Motion to Dismiss Plaintiff's Claims against Liberty Life is hereby **GRANTED**. It is, therefore, also

**ORDERED** Liberty Life Assurance Company of Boston is hereby terminated as a party in this action and all claims against it are dismissed with prejudice.

**SIGNED** this ______ day of ___________________, 2020.

_______________________________________
UNITED STATES DISTRICT JUDGE