**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER SMALL, Plaintiff, | § | CIVIL ACTION NO. 4:19-cv-03466 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON *et al*, Defendants. | § | |

## ORDER

Before the Court is a motion filed by Defendant Liberty Life Assurance Company of Boston to dismiss Plaintiff Jennifer Small's amended complaint pursuant to FRCP 12(b)(6). Dkt 17. Also before the Court is Small's amended complaint. Dkt 19. Upon consideration, the Court strikes both the motion and amended complaint.

As to the motion to dismiss, the Court has published its procedures on the Southern District of Texas website. Before filing a motion to dismiss under FRCP 12(b)(6), these procedures require the defendant to identify such issues to the opposing party, and then to confer in good faith to resolve them. The Court strikes motions that do not include a certificate of conference. See Rule 17(b). Liberty Life's motion to dismiss indicates no conference between counsel.

As to the amended complaint, a party may amend its pleading only once as a matter of course within twenty-one days after serving it, and thereafter only with the opposing party's written consent or the court's leave. FRCP 15(a). Small filed her original

complaint on September 13, 2019. Dkt 1. Small filed an amended complaint on October 1, 2019. Dkt 6. She then filed a second amended complaint on January 2, 2020 without seeking leave. Dkt 19.

Because pleading deficiencies of a claim are often cured in whole or in part by permissible amendment, the Court orders as follows:

- Liberty Life's motion to dismiss amended complaint and Small's second amended complaint are STRICKEN.
- The parties must confer in good faith to resolve any asserted pleading defects raised. If the parties cannot reach an agreed resolution, they may submit to the Court a proposed briefing schedule to bring competing motions to dismiss and for leave to file a second amended complaint.

SO ORDERED.

Signed on January 06, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge