**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER SMALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:19-cv-3466 |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON and, | § | |
| DANIEL J. EDELMAN HOLDINGS | § | |
| INC. GROUP DISABILITY PLAN | § | |
| Defendants. | § | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiff Jennifer Small announces to the Court that the matters in controversy herein have been settled. The parties anticipate filing a Stipulation for Dismissal with Prejudice and proposed Order with forty-five days. The parties jointly request all deadlines be stayed.

RESPECTFULLY SUBMITTED February 19, 2020.

STIPULATED TO AND APPROVED BY:

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: s/ Marc S. Whitehead
Marc S. Whitehead
State Bar No. 00785238
S.D. No. 15465
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

s/ Marc S. Whitehead
Marc S. Whitehead