United States District Court
Southern District of Texas
**ENTERED**
February 21, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER SMALL, Plaintiff, | § | CIVIL ACTION NO. 4:19-cv-3466 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON *et al*, Defendants. | § | |

## ORDER

The parties have provided notice of settlement of their dispute. Dkt 21.

This case is DISMISSED WITH PREJUDICE.

Plaintiff Jennifer Small may move within sixty days to reinstate her claims against Defendants Liberty Life Assurance Company of Boston and Daniel J Edelman Holdings Inc Group Disability Plan if approval of documentation or condition precedent fails.

Signed on 02|21|2020, at Houston, Texas.

C R Eskridge

Hon. Charles Eskridge
United States District Judge