**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER SMALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:19-CV-3466 |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON and, | § | |
| DANIEL J. EDELMAN HOLDINGS | § | |
| INC. GROUP DISABILITY PLAN | § | |
| | § | |
| Defendant. | § | |

# **MOTION FOR DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Plaintiff, Jennifer Small and files this Motion to Dismiss all claims against Defendants Liberty Life Assurance Company of Boston and Daniel J. Edelman Holdings Inc. Group Disability Plan, and requests this Court to enter the attached Order of Dismissal of all claims without Prejudice.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal without prejudice, be entered on all claims filed by Plaintiff Jennifer Small against Defendants, and that all attorneys' fees and costs of court be taxed against the party incurring same.

REPECTFULLY SUBMITTED

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: s/ Marc Whitehead

Marc S. Whitehead
State Bar No. 00785238
S.D. No. 15465
430 Heights Boulevard

Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2020, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court; Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a Anotice of Electronic Filing to all attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means.

/s/ Marc S. Whitehead
Marc S. Whitehead