**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER SMALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:19-CV-3466 |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON and | § | |
| DANIEL J. EDELMAN HOLDINGS | § | |
| INC. GROUP DISABILITY PLAN, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOR DISMISSAL WITH PREJUDICE**

ON THIS, day, this Court considered the Motion of Plaintiff Jennifer Small to dismiss all claims against Defendants with prejudice and finds that the Motion is well taken. It is therefore:

ORDERED, ADJUDGED AND DECREED that Plaintiff Jennifer Small's Motion to Dismiss all claims against Defendants with prejudice is GRANTED and all claims and causes of action by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Cost of court and attorney's fees are to be borne by the party incurring same.

SIGNED this _____ day of __________________________ 2020

______________________________
UNITED STATES DISTRICT JUDGE